CYRIL V. NICHOLS, Respondent, *v.* WHARTON, INCORPORATED, Appellant.

*Nichols* v. *Wharton, Inc.*, 179 App. Div. 62, affirmed.

(Argued March 18, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The plaintiff, the assignee of one Edwin Arden, a moving picture actor, brought this action for damages alleged to have been sustained by reason of a breach of an oral contract of employment claimed to have been entered into by Arden and this defendant. It was a theatrical engagement, and provided for services to be rendered by Arden as a moving picture actor in a production to be entitled "Hazel Kirke." That an agreement was entered into was not disputed, but there was a conflict in the testimony respecting its terms. The plaintiff claimed that Arden was hired for a definite term of four weeks at a weekly salary of $750, whereas the defendant maintained that Arden was hired only until the picture was completed.

*Edwin M. Simpson* and *William G. Phlippeau* for appellant.

*Paul N. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.